# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

                Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05356 (BRL) |
| Plaintiff, | |
| v. | |
| BEACON ASSOCIATES LLC I, BEACON ASSOCIATES LLC II, BEACON ASSOCIATES LLC, BEACON ASSOCIATES MANAGEMENT CORPORATION, ANDOVER ASSOCIATES, L.P., ANDOVER ASSOCIATES LLC I, ANDOVER ASSOCIATES (QP) LLC, ANDOVER ASSOCIATES LLC II, ANDOVER ASSOCIATES MANAGEMENT CORPORATION, JOEL DANZIGER, HARRIS MARKHOFF, J.P. JEANNERET ASSOCIATES, INC., JOHN JEANNERET, PAUL PERRY, IVY ASSET MANAGEMENT LLC, LAWRENCE SIMON, HOWARD WOHL, IVY BIRCHWOOD ASSOCIATES, L.P., IVY ENHANCED INCOME FUND, IVY OAKWOOD ASSOCIATES, L.P., IVY REGENCY FUND, L.P., IVY ROSEWOOD ASSOCIATES, L.P., and IVY ROSEWOOD OFFSHORE FUND, LTD., | |
| Defendants. | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that (i) the time by which all Defendants may move, answer or otherwise respond to the Complaint is extended up to and including **April 11, 2011** and (ii) the pre-trial conference, which was originally scheduled for April 27, 2011 at 10:00 a.m., will be held on **May 25, 2011 at 10:00 a.m.**

The parties reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect any such rights and defenses, including challenges to personal jurisdiction, or the jurisdiction of this Court or any other Court.

This stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement.

Dated: New York, New York
       March 11, 2011

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC*

Dated: New York, New York
       March 2, 2011

By: /s/ Lewis J. Liman
Lewis J. Liman (lliman@cgsh.com)
Jeffrey Rosenthal (jrosenthal@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Ivy Asset Management LLC, Lawrence Simon, Howard Wohl, Ivy Birchwood Associates, L.P., Ivy Enhanced Income Fund, Ivy Regency Fund, L.P., Ivy Rosewood Associates, L.P., and Ivy Rosewood Offshore Fund, Ltd.*

Dated: New York, New York
March 9, 2011

By: /s/ Tab K. Rosenfeld
Tab K. Rosenfeld (tab@rosenfeldlaw.com)
Steven Kaplan (steve@rosenfeldlaw.com)
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, New York 10017
Tel: (212) 682-1400
Fax: (212) 682-1100

*Attorneys for Beacon Associates Management Corporation, Andover Associates Management Corporation, Joel Danziger, and Harris Markhoff*

Dated: New York, New York
March 1, 2011

By: /s/Arthur Jakoby
Arthur Jakoby (ajakoby@herrick.com)
Frederick E. Schmidt, Jr. (eschmidt@herrick.com)
Herrick, Feinstein, LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Fax: (212) 592-1500

*Attorneys for Beacon Associates LLC I, Beacon Associates LLC II, Beacon Associates LLC, Andover Associates, L.P., Andover Associates LLC I, Andover Associates (QP) LLC, and Andover Associates LLC II*

Dated: New York, New York
March 1, 2011

By: /s/ Brian Whiteley
Brian Whiteley (bwhiteley@hblaw.com)
Carolyn Marcotte (cmarcotte@hblaw.com)
Hiscock & Barclay, LLP
One International Place, 26th Floor
Boston, MA 02110
Tel: (617) 274-2900
Fax: (617) 722-6003

-and-

3

John M. Nichols (jnichols@hblaw.com)
Hiscock & Barclay, LLP
One Park Place
300 South State Street
Syracuse, NY 13202

*Attorneys for J.P. Jeanneret Associates, Inc., John Jeanneret, and Paul Perry*

                              SO ORDERED:

DATED: New York, New York    /s/Burton R. Lifland
           March 14, 2011         Honorable Burton R. Lifland
                                    United States Bankruptcy Judge